IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SAGHAR MIRFENDERESKI
(SOLEYMANI),

      Plaintiff,

      v.

PREP ACADEMY SCHOOLS, et al.,

      Defendants.

Case No. 2:10-cv-306
Judge Sargus
Magistrate Judge Kemp

## ORDER

Pursuant to Plaintiff Saghar Mirfendereski Soleymani and Defendant Prep Academy Schools' joint motion to dismiss Defendant Prep Academy Schools as a party defendant, the Court orders, adjudges and decrees that:

Pursuant to Fed. R. Civ. P. 21, the Joint Motion (Doc. 8) is **GRANTED**.  Defendant Prep Academy Schools is hereby dismissed, with prejudice, as a party defendant to this action and all claims by Plaintiff Saghar Mirfendereski Soleymani against Defendant Prep Academy Schools are dismissed.  Further, Defendant Prep Academy Schools's Motion to Dismiss (Doc. 6) is **DENIED** as moot.

      IT IS SO ORDERED.

7-36-1010
_____
DATED

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE