AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**SAGHAR MIRFENDERESKI, et al.,**

       **Plaintiffs,**

**vs.**

       **JUDGMENT IN A CIVIL CASE**

**WARREN RAKESTRAW,**

       **CASE NO.  C2-10-306**
       **JUDGE EDMUND A. SARGUS, JR.**
       **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendant.**

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed August 15, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 15, 2011                   JAMES BONINI, CLERK

                                               */S/ Andy F. Quisumbing*
                                               (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk